UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNETTE WILLIAMS o/b/o RAMEL CARTER,                    JUDGMENT
                                                        06-CV- 2130 (NG)
           Plaintiff,

-against-                                               FILED
                                                        IN CLERKS OFFICE
COMMISSIONER OF SOCIAL SECURITY,                        U.S. DISTRICT COURT ED. N.Y.

                                                        ★ JUN 15 2007 ★

           Defendant.                               P.M. _____
-----------------------------------------------------------------X        TIME A.M. _____

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on June 13, 2007, dismissing the complaint for want of subject matter jurisdiction; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the complaint is dismissed for want of subject matter jurisdiction.


Dated: Brooklyn, New York
      June 14, 2007                                    s/RCH
                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court